**MEMORANDUM**

DATE:        December 21, 2004

TO:          Deputy Clerk
             Miscellaneous Business Docket

FROM:        Nancy M. Rojas
             Financial Litigation Unit
             U.S. Attorney's Office

RE:          U.S. v. RUBEN MONTANO-LOPEZ

Attached is a certified copy of the Judgment that was entered in Boston Municipal Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 143 Forest Hills Street, #1, Jamaica Plain, MA 02130.

Please note that pursuant to 28 U.S.C. § 1963, the United States needs only to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No. **04** MBD **10359**

Dated:  2/21/04

# Commonwealth of Massachusetts

### TRIAL COURT OF THE COMMONWEALTH
### BOSTON MUNICIPAL COURT DEPARTMENT - CIVIL BUSINESS DIVISION
### 1006 U.S. POST OFFICE & COURTHOUSE
### 90 DEVONSHIRE STREET
### BOSTON, MASSACHUSETTS 02109-4501

SUFFOLK, SS.

Sallie Mae Servicing Corp

_____

Plaintiff(s)

Civil Action No. **199901CV-261295**

Rubin Montano Lopez

_____

Defendant(s)

## DEFAULT AND JUDGMENT
### (Rule 55(a)(b))

Request for Default and Default Judgment filed. Defendant Rubin Montano Lopez defaulted and judgment entered for plf Sallie Mae Servicing Corp per rule 55 in sum of $11,010.22 plus costs $137.90. Total = $11,148.12 notice sent.

Dated at Boston, Massachusetts, this **28th of November, 2001** .

MICHAEL J. COLEMAN
Clerk/Magistrate

_____
(Assistant) Clerk

RECEIVED

MAY 2 2 2002

BY SMSC BNK/LIT UNIT

cvdreq55ab 5.00 swf

bonaserj

# Commonwealth of Massachusetts

## TRIAL COURT OF THE COMMONWEALTH



**I,** Charles R. Johnson,                    *Chief Justice of the Boston Municipal Court Department Civil Business Division in said County and Commonwealth,*

**Do Certify,** *that MICHAEL J. COLEMAN, Esquire, whose signature is affixed to the papers hereunto annexed, is Clerk/Magistrate of said Court, within and for the County of Suffolk, for civil business, and hath the keeping of the files, records, and proceedings of said Court, within and for said County, for civil business; Also, of the files, records, and proceedings of the late Justices' Court of the County of Suffolk, and of the late Police Court of the City of Boston, for civil business, in the County and Commonwealth aforesaid; that he is, by Law, the proper person to make out and to certify copies of the files, records, and proceedings of said several Courts; that full faith and credit are and ought to be given to his acts and attestation done as aforesaid; and that his attestation to the paper hereunto annexed* is *in due form.*

**In Testimony Whereof,** *I have hereunto set my hand, and caused the seal of the said Boston Municipal Court Department, City of Boston, to be hereunto affixed, this* .....**Twenty-third**............. *day of* ...**April**......................... ,

*in the year of our Lord* ~~one thousand nine hundred and~~ .Two..Thousand..and..Three

.....Charles.R..Johnson.....      *Chief Justice of the Boston Municipal Court Department*

Form 58 03-94 / 500

RECEIVED NOV 2 2 2003 BY SMSC BNK/LIT UNIT

# Commonwealth of Massachusetts

Trial Court of the Commonwealth

Suffolk, ss.

I, *Michael J. Coleman, Clerk / Magistrate of the Boston Municipal Court Department of the Trial Court, Civil Business Division, holden at said Boston, within our County of Suffolk, do certify, that*

**CHARLES R. JOHNSON**    , *Esquire,*

*whose signature is affixed to the Certificate hereto annexed, is, and was at the time of affixing said signature, Chief Justice of the said Boston Municipal Court Department of the Trial Court, Duly Appointed and qualified as such, and acting at the time in his official capacity and that full faith and credence are, and ought to be given to his Acts and Attestations done as aforesaid, and that his signature to the Certificate annexed, is genuine.*

In Testimony Whereof, *I have hereunto set my hand and affixed the Seal of said Boston Municipal Court Department, at Boston, aforesaid, this* Twenty-third *day of* April *in the year of our Lord,* ~~one thousand~~ ~~nine hundred and~~ Two Thousand and Three



RECEIVED
MAY 2 2

Michael J. Coleman
*Clerk / Magistrate*

Form 7103-94/500



Civil Action No. <u>199901CV-261295</u>

IT  IS THEREFORE considered by said Court, that the said Plaintiff ....<u>Sallie Mae Servicing Corp.</u>..................

recover Judgment against the said Defendant ...<u>Rubin Montano Lopez, is</u>

<u>an individual residing in Jamaica Plain, Suffolk County, MA</u>

| | |
|---|---|
| Dam., $ 11,010.22 | |
| Costs, 137.90 | |
| $ 11,148.12 | |

.............................................................. the sum of

<u>Eleven Thousand and Ten</u> ........................... dollars and

<u>Twenty-two</u> ........................... cents, damage, and costs of suit,

taxed at .<u>One Hundred Thirty-seven</u>............... dollars and ....................

<u>Ninety</u> ........................... cents.

Attest:

_Alexander M Lawson_ ...................... ASST  Clerk.

A TRUE COPY.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said

Municipal Court of the City of Boston, at Boston, the ..<u>Twenty-third</u>..............

day of ..<u>April</u>.........................................................

in the year of our Lord ~~one thousand nine hundred and~~ ...<u>Two Thousand Three</u>......

.........................................................................

.........................................................................

_Alexander M Lawson_, ...................... ASST  Clerk.

Commonwealth of Massachusetts
BOSTON MUNICIPAL COURT DEPARTMENT
Civil Business Division
Case Summary
Docket

## 199901CV-261295
## Sallie Mae Servicing Corp v Lopez

| Entry Date | 03/31/1999 | Status | Disposed | Status Date | 11/28/2001 |
|---|---|---|---|---|---|

### PARTIES

**Plaintiff**
Sallie Mae Servicing Corp
P.O. Box 1390
2000 Bluffs Drive
Lawrence, KS
Active 03/31/1999

**Private Counsel 529910**
Kenneth C Wilson
Lustig, Glaser & Wilson
381 Elliot Street
Suite 195L
Newton, MA 02464
Phone: 617-969-4000
Active 03/31/1999 Notify

**Defendant**
Rubin Montano Lopez
143 Forrest Hills Street
Apt #1
Jamaica Plain, MA 02130
Served: 04/14/1999
Answered: 04/29/1999
Default Judgment Rule 55 11/28/2001 Notify

### FILINGS

| Date | Paper | Text |
|---|---|---|
| 03/31/1999 | 1.0 | Complaint entered. |
| 04/21/1999 | 2.0 | Summons returned with service on 04/14/99 on Defendant Rubin Montano Lopez. |
| 04/29/1999 | 3.0 | Answer of Defendant Rubin Montano Lopez filed. |
| 10/19/2000 | | All parties appearing and having been heard at pretrial conference, action is assigned by the Court to a firm trial date. |
| 11/26/2001 | | Plaintiff only appearing at the call of the trial list, defendant defaulted. (Mullaney,AC/M) |
| 11/28/2001 | 4.0 | Request for Default and Default Judgment filed. Defendant Rubin Montano Lopez defaulted and judgment entered for plf Sallie Mae Servicing Corp per rule 55 in sum of $11,010.22 plus costs $137.90. Total = $11,148.12 notice sent. |
| 12/11/2001 | | Execution issued. |
| 04/23/2003 | | As of April 23, 2003, no execution has been returned to Court. |

**A TRUE COPY ATTEST**

*[signature]*
**ASSISTANT CLERK**

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 10/19/2000 | | Pretrial Conference | Heard/Pretried |
| 06/13/2001 | | Trial | Continued |
| 11/26/2001 | | Trial | Defendant Not Appearing |

RECEIVED
MAY 2 2 2003
BY SMSC BNK/LIT UNIT