## ABSTRACT OF JUDGMENT LIEN
## NOTICE

Pursuant to 28 U.S.C. § 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and addresses of parties against whom judgments have been obtained: | Names of parties in whose favor judgments have been obtained: |
|---|---|
| Ruben Montano-Lopez<br>143 Forest Hills Street, #1<br>Jamaica Plain, MA  02130 | United States of America<br><br>Case Number:    04-MC-10359 |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $13,290.90 plus interest and costs | U.S. Attorney's Office<br>Financial Litigation Unit<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 | December 21, 2004 |

United States of America, Clerk's Office, U.S. District Court for the District of Massachusetts, Suffolk Country, SS.

I CERTIFY, that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Sarah A. Thornton, Clerk

By: *Mary L Cummings*
Deputy Clerk

Date:  5/12/05