UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )   04-10359-RCL
RUBEN MONTANO-LOPEZ                 )
                                    )
        Defendant,                  )
                                    )
    and                             )
                                    )
LATIN AMERICAN HEALTH               )
INSTITUTE                           )
                                    )
        Garnishee.                  )

FILED
CLERKS OFFICE
2006 NOV -6 P 12: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

ANSWER OF THE GARNISHEE

__Anna H. Wen__, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the __accountant__ (State Official Title) of Garnishee, __Latino Health Institute__

a corporation, organized under the laws of the State of __Massachusetts__.

On __11/1/06__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes __X__    No ____

1. Defendant was in my/our employ.

2. Pay period is __ weekly, __ bi-weekly, _X_ semi-monthly, __ monthly.

   Enter date present pay period began. __11/1/06__.

   *(Present means the pay period in which this order and notice of garnishment were served)*

   Enter date above pay period ends. __11/15/06__.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                  $ 2,583.33

   (b) Federal income tax         $ 429.27

   (c) F.I.C.A. income tax        $ 192.73

   (d) State income tax           $ 125.03

   Total of tax withholdings      $ 747.03

   Net Wages                      $ 1,836.30
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?   Yes ____   No _X_

   If the answers is yes, describe below.

   _____

   _____

5.  The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:  *N/A - NONE*

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:   *N/A - NONE*

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

If you deny that you hold property subject to this order of garnishment, check the applicable line below.

✓  The Garnishee makes the following claim of exemption on the part of Defendant: *LHI only pays wages to this employee*.

___  The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: _____

_____. The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Ruben Montano-Lopez, 143 Forest Hills Street, #1, Jamaica Plain, MA 02130-3314; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Garnishee

Subscribed and sworn to before me this 3rd day of November 2006.

_____
Notary Public

My Commission expires:



MYRIAM SCRUGLI
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 17, 2011