UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>        )<br>        v. )<br>        )<br>RUBEN MONTANO-LOPEZ, )<br>        Defendant, )<br>        )<br>        and )<br>        )<br>LATIN AMERICAN HEALTH )<br> INSTITUTE, )<br>        Garnishee. ) | 04-10359- RCL |

## **ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Latin American Health Institute, is to disburse 20% percent of Ruben Montano-Lopez's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Ruben Montano-Lopez -- USAO # 2004Z00470. Disbursements are required to be made until Ruben Montano-Lopez's $13,290.90 judgment debt; plus 2.66% percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                                       SO ORDERED:

_____                   _____
UNITED STATES DISTRICT JUDGE                       DEPUTY CLERK
                                                                          UNITED STATES DISTRICT COURT

DATED: