UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RUBEN MONTANO-LOPEZ, ) | 04-10359- RCL |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| LATIN AMERICAN HEALTH ) | |
| INSTITUTE, ) | |
| Garnishee. ) | |

**ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Latin American Health Institute, is to disburse 20% percent of Ruben Montano-Lopez's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Ruben Montano-Lopez -- USAO # 2004Z00470. Disbursements are required to be made until Ruben Montano-Lopez's $13,290.90 judgment debt; plus 2.66% percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

DATED: Dec 1, 2006

SO ORDERED:

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT