UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 04-10359-RCL |
| | ) | |
| RUBEN MONTANO-LOPEZ, | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Ruben Montano-Lopez, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL. J. SULLIVAN
United States Attorney

By:    /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: March 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, this document was filed through the ECF system and sent to Mr. Montano-Lopez located in Jamaica Plain, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney